## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **William Steven Stanaitis AKA Steve** | : | Case No.: 24-13389 |
| **Stanaitis, AKA Steve Stanaitis** | : | **Chapter 13** |
| **Penny Mifflin Stanaitis** | : | Judge Patricia M. Mayer |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| **Debtor(s).** | : | |
| | : | |

### WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Stephen R. Franks**, who shall be substituted for Alyk L. Oflazian as counsel of record for creditor **Wells Fargo Bank, N.A.** ("Creditor").  Alyk L. Oflazian is no longer counsel for Creditor and should not receive future notices in this case.

| | |
|---|---|
| /s/ Alyk L. Oflazian | /s/ Stephen R. Franks |
| Alyk L. Oflazian (312912) | Stephen R. Franks (333394) |
| MDK Legal | MDK Legal |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| 614-220-5611; Fax 614-627-8181 | 614-220-5611; Fax: 614-627-8181 |
| ALOflazian@mdklegal.com | srfranks@mdklegal.com |

24-023252_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.:** 24-13389 |
| **William Steven Stanaitis AKA Steve** | : **Chapter 13** |
| **Stanaitis, AKA Steve Stanaitis** | : **Judge Patricia M. Mayer** |
| **Penny Mifflin Stanaitis** | : * * * * * * * * * * * * * * * * * * * |
| | : |
| **Debtor(s)** | : |
| | : |
| **Wells Fargo Bank, N.A.** | : **Related Document #** |
| **Movant,** | : |
| vs | : |
| | : |
| **William Steven Stanaitis AKA Steve** | : |
| **Stanaitis, AKA Steve Stanaitis** | : |
| **Penny Mifflin Stanaitis** | : |
| **Kenneth E. West** | : |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

JOSEPH L QUINN, Attorney for William Steven Stanaitis AKA Steve Stanaitis, AKA Steve Stanaitis and Penny Mifflin Stanaitis, CourtNotices@rqplaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

William Steven Stanaitis AKA Steve Stanaitis, AKA Steve Stanaitis and Penny Mifflin Stanaitis, 349 Mulberry Drive, Royersford, PA 19468

/s/ Stephen R. Franks

24-023252_PS